UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARDEEP SINGH , | Case No.  1:26-cv-1749-DAD-JDP |
| Petitioner, | |
| v. | ORDER |
| PAMELA BONDI, *et al.*, | |
| Respondents, | |

On March 6, 2026, the court converted petitioner's motion for a temporary restraining order into a motion for a preliminary injunction, granted it, and referred the matter to me for further proceedings.  ECF No. 8.

Still pending is respondents' answer, ECF No. 7.  Petitioner may file a traverse to respondents' motion within seven days.  If petitioner does not file a traverse by this deadline, the matter will be deemed submitted.

1

Accordingly, it is hereby ORDERED that petitioner may file a traverse within seven days. If petitioner does not file a traverse by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.


Dated:     March 18, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2